*CRIMINAL*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 0 2005

CLERK, U.S. DISTRICT COURT
By _____

| | | |
|---|---|---|
| MICHAEL PATRICK SHAFER,<br>　　PETITIONER, | ) ) ) | |
| v. | ) ) | No. 3:04-CV-322-M |
| DOUGLAS DRETKE, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, CORRECTIONAL<br>INSTITUTIONS DIVISION,<br>　　RESPONDENT. | ) ) ) ) ) | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this _10_ day of _August_, 2005.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE